**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Broadview Solar, LLC, et al.,<br>Petitioners, | ) | |
| | ) | |
| v. | ) | Nos. 20-1487 & 20-1500<br>(consolidated) |
| | ) | |
| Federal Energy Regulatory Commission,<br>Respondent. | ) | |

**UNOPPOSED JOINT MOTION OF PETITIONERS TO DISMISS APPEAL**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Petitioners Broadview Solar, LLC and Solar Energy Industries Association jointly move this Court to dismiss the above-captioned appeals as moot.

Petitioners appealed the Federal Energy Regulatory Commission's September 1, 2020 Order denying Broadview Solar's application for certification as a qualifying small power product facility. On March 19, 2021, after Petitioners filed their notice of appeal, the Commission entered an order upon rehearing reversing it decision. *See Broadview Solar, LLC*, 174 FERC ¶ 61,199 (March 19, 2021); 16 U.S.C. § 825*l*(a) (authorizing Commission to modify decision until the certified record is

filed). The modified order grants Broadview Solar qualifying small power production facility status.

Accordingly, Petitioners hereby move to dismiss their appeals as moot, with each party to bear its own costs for the appeal. Counsel for the Federal Energy Regulatory Commission have stated that they consent this motion.

Date: April 22, 2021

Respectfully submitted,

/s/ Robert M. Loeb
Robert M. Loeb
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
(202) 339-8400
rloeb@orrick.com

*Counsel for Petitioner Broadview Solar, LLC*

/s/ Heather Curlee
Heather Curlee
WILSON SONSINI GOODRICK & ROSATI, PC
701 Fifth Ave, Suite 5100
Seattle, WA 98104
(206) 883-2522
hcurlee@wsgr.com

*Counsel for Petitioner Solar Energy Industries Association*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 163 words.

I further certify, pursuant to Fed. R. App. P. 27(d)(1)(E), that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in 14-point Century Schoolbook font, using Microsoft Word for Office 365.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2021, in accordance with Fed. R. App. P. 25(d), and the Court's Administrative Order Regarding Electronic Case Filing, a copy of the foregoing was served upon the counsel listed in the Service Preference Report via email through the Court's CM/ECF system.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Robert M. Loeb*
Robert M. Loeb